# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00366 |
|  | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 4/9/2021 |
| GLEN MITCHELL SIMON | ) Description: Complaint w/ Arrest Warrant |
| DOB: | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2); | Knowingly entering or remaining in any restricted building or grounds without lawful authority; |
| 40 U.S.C. § 5104(e)(2)(D) | Violent entry and disorderly conduct on capitol grounds |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☐ Continued on the attached sheet.

*Complainant's signature*

Elizabeth KilCommons, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 12th day of April 2021.

Date: 04/12/2021

*Judge's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*