AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00366 |
| | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 4/9/2021 |
| GLEN MITCHELL SIMON | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GLEN MITCHELL SIMON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Knowingly entering or remaining in any restricted building or grounds without lawful authority, in violation of 18 U.S.C. § 1752(a)(1) and (2);
Violent entry and disorderly conduct on capitol grounds in violation of 40 U.S.C. § 5104(e)(2)(D).

Date:   04/12/2020

2021.04.12
13:50:32 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.        Robin M. Meriweather, United States Magistrate Judge
                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* 4/12/2021, and the person was arrested on *(date)* 05/05/2021
at *(city and state)* GAINESVILLE, GA

Date: 05/05/2021

*Arresting officer's signature*

MICHAEL BALDINO / SPECIAL AGENT
*Printed name and title*   FBI

43465-509