IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GLEN MITCHELL SIMON | CRIMINAL CASE NO.<br>1:21-CR-00346-BAH-1 |

NOTICE OF APPEARANCE AS COUNSEL

Rebecca Shepard of the Federal Defender Program, Inc. herein files notice of her appearance, and respectfully requests that she be added as Counsel for Defendant, GLEN MITCHELL SIMON in the above-captioned case.

Dated: This 24th day of May, 2021.

Respectfully Submitted,

 /s/ Rebecca Shepard
Rebecca Shepard
Georgia Bar No. 780692
Attorney for Glen Simon

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance as Counsel been formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Amy Larson
>Assistant United States Attorney
>555 4th Street, N.W.
>Washington, DC 20530

Dated: This 24th day of May, 2021.

>*/s/ Rebecca Shepard*
>Rebecca Shepard
>Attorney for Glen Simon

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org