IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL CASE NO. |
| | ) | 1:21-CR-00346-BAH-1 |
| GLEN MITCHELL SIMON | ) | |

NOTICE OF FILING LEAVE OF ABSENCE

Rebecca Shepard of the Federal Defender Program, Inc. herein files this notice of filing leave of absence. I will be out of the office November 22-26, 2021 and December 2-3, 2021, and respectfully requests that the Court not schedule any court appearances for those dates.

Dated: This 15th day of July, 2021.

                                            Respectfully Submitted,

                                            */s/ Rebecca Shepard*
                                            Rebecca Shepard
                                            Georgia Bar No. 780692
                                            Attorney for Mr. Simon

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Filing Leave of Absence has been formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Amy Larson, Esq.
>Laura Hill, Esq.
>Assistant United States Attorney
>555 4th Street, NW
>Washington, DC 20530

Dated: This 15th day of July, 2021.

>/s/ Rebecca Shepard
>Rebecca Shepard
>Attorney for Mr. Simon

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org