UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-346 (BAH) |
| | : | |
| GLEN MITCHELL SIMON, | : | |
| | : | |
| Defendant. | | |

**UNITED STATES' REPORT ON THE LENGTH AND SOURCE OF THE
VIDEO EVIDENCE DESCRIBED IN THE STATEMENT OF OFFENSE**

On August 15, 2021, the Court ordered the government to submit to the Court a report on the length and source(s) of the video evidence described in the Statement of Offense. The United States described three videos (Video 1, Video 2, and Video 3) in the Statement of Offense. All of the videos were collected from Simon's cellular telephone, seized during execution of a Rule 41 search warrant. Video 1 is 52 seconds in length. Video 2 is 6 minutes and 23 seconds in length. Video 3 is 1 minute and 56 seconds in length.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   Laura E. Hill
Trial Attorney, detailed to the
District of Columbia
NV Bar 13894
175 N Street, NE
Washington, D.C. 20002
(202) 598-3962
Laura.E.Hill@usdoj.gov

Amy Larson
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530

1

(202) 252-7863
Amy.Larson@usdoj.gov