UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-346 (BAH) |
| : | |
| GLEN MITCHELL SIMON, : | |
| : | |
| Defendant. : | |

**UNITED STATES' NOTICE OF POSITION REGARDING
PUBLIC RELEASE OF VIDEOS DESCRIBED IN STATEMENT OF OFFENSE AND
MOTION FOR EXTENSION OF TIME TO FILE EXPLANATION OF POSITION**

On Sunday, August 15, 2021, the Court issued an Order directing the government to provide to the Court the videos described in the Statement of Offense and directing the parties to provide their positions, by 2 p.m. on August 16, 2021, on whether these videos may be made publicly available without restriction. On August 16, 2021, at 1:29 p.m., the government notified the Court, via email, that it did not oppose making the videos publicly available but requested that the videos not be made publicly available until after entry of the plea, currently scheduled for October 15, 2021. This remains the government's position. After, the Court requested that the government further explain its position in a written filing. The government is currently working on the written explanation in response to the Court's question and requests the Court set a filing deadline of Friday, August 20, 2021, to file the explanation.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: /s/ Laura E. Hill

Laura E. Hill
Trial Attorney, detailed to the
District of Columbia
NV Bar 13894
175 N Street, NE
Washington, D.C. 20002
(202) 598-3962
Laura.E.Hill@usdoj.gov

Amy Larson
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 252-7863
Amy.Larson@usdoj.gov

2