

**FILED**

OCT 1 5 2021

Clerk, U.S. District and
Bankruptcy Courts

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No:21-cr-346 BAH |
| GLEN MITCHELL SIMON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Glen Mitchell Simon, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1.     The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.     On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.     On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

1

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.     Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Glen Mitchell Simon's Participation in the January 6, 2021, Capitol Riot*

8.     On January 6, 2021, Simon participated in the riot on the U.S. Capitol Grounds and inside the U.S. Capitol building. Simon entered the U.S. Capitol building at approximately 2:14 p.m. through the West Front of the building. Once inside the building, Simon walked toward the Crypt. Thereafter, he ascended to the second floor of the building and walked through Statuary Hall and inside the Rotunda. Simon was inside the U.S. Capitol building for at least 42 minutes.

9.     Using his cellular telephone, Simon captured video of the riot on U.S. Capitol grounds and inside the U.S. Capitol building. In a video Simon took while on U.S. Capitol grounds, Simon, referring to law enforcement officers, can be heard stating, "Look at these little

fucking spineless fucking oath-violating little fucking weasels up here, threatening us, threatening us with tear gas." In a second video, taken by Simon inside the Crypt of the U.S. Capitol building, Simon can be heard saying, "This is what a tyrannical government gets treated like. We bust in this bitch and show 'em who the fucking boss really is." In the same video, Simon states, "This is what happens when the people get tired of it. We fucking bust that fucking door down. The boys busted the windows in, busted the door down. And we started pouring in here. This is our house. This is our house, folks. This is what a revolution looks like. This is what happens. This is what gets shit done. We barge up in their shit and show 'em who's boss." Later in the same video, Simon, again referring to law enforcement officers, states, "They're all terrified. This is what happens. This is what happens, folks. This is what happens when the people get tired. This is what happens. We gotta show these fuckers we ain't fucking around. It's the only way to get it done. Fear! We gotta scare the fuck outta them." Right before the video ends, Simon states, "Alright, folks, I think we're going to make another charge. I'll fill you in. I'll fill you in once we go."

10.    In a final video, taken by Simon near the Rotunda inside the U.S. Capitol, Simon asks, "Is this it right here?" Another individual responds, "Congress is that way." Simon then asks, "Why the fuck are we going over here?" He later says "alright folks, we up in this son of a bitch. We're up in this thing. Did they invite us in? Hey, did they invite us in here?" Another individual responds, "no." Simon then exclaims, "Fuck no they didn't. This is our house! Free men don't ask for permission!" After, in the same video, Simon states, "We're going straight to Congress, boy. [Inaudible] We're going to Congress right now. Go! Go! Go! Go! Open it up!"

11.     Shortly after participating in the riot, Simon posted to his Facebook page a photograph of himself and an individual dressed as an eagle on U.S. Capitol grounds with the caption, "Feel like I took about 50 bong rips of pepper spray today. Post victory pictures after the ramming through of the capital building #FreemanDontaskmotherfucker #congressranawayscared #theythoughtwewouldent (sic)."

12.     The defendant knew at the time he entered the U.S. Capitol building that he did not have permission to enter the building, and the defendant paraded, demonstrated, or picketed.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:     _____

Laura Hill
Trial Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, *Glen S. Mon* have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 8/6/21

Glen Mitchell Simon
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: Aug. 6, 2021

Rebecca Shepard
Attorney for Defendant