**FEDERAL DEFENDER PROGRAM, INC.**
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404-688-0768

February 8, 2022

**VIA ECF**
Courtroom Deputy
Beryl A. Howell, Chief Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re:   <u>United States v. Glen Mitchell Simon</u>
      Case No. 1:21-cr-00346-BAH-1

Dear Courtroom Deputy:

Please accept this notice informing the Court that I will be on leave during the dates listed below. As of the date of the instant filing, there are no court appearances scheduled during the requested timeframes; however, I respectfully request that the Court not schedule any appearances in the above-referenced matter during those times. Your consideration is greatly appreciated.

1. April 4, 2022 through and including April 8, 2022
2. May 26, 2022 through and including May 27, 2022

Respectfully submitted,

*/s/ Rebecca Shepard*
Rebecca Shepard, Esq.
Staff Attorney

cc:   Amy Elizabeth Larson, AUSA *(via ECF)*
      Laura Elizabeth Hill, AUSA *(via ECF)*