IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                                )
      v.                      )       CRIMINAL CASE NO.
                                )       1:21-CR-00346-BAH-1
GLEN MITCHELL SIMON      )

<u>NOTICE OF FILING LEAVE OF ABSENCE</u>

Rebecca Shepard of the Federal Defender Program, Inc. herein files this notice of filing leave of absence.  I will be out of the office May 6, 2022, June 17, 2022, June 21, 2022 through and including June 24, 2022, September 12, 2022 through and including September 16, 2022 and November 21, 2022 through and including November 25, 2022, and respectfully requests that the Court not schedule any court appearances for those dates.

Dated: This 9th day of March, 2022.

Respectfully Submitted,

*/s/ Rebecca Shepard*
Rebecca Shepard
Georgia Bar No. 780692
Attorney for Mr. Simon

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Filing Leave of Absence has

been formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B,

and was electronically filed this day with the Clerk of Court using the CM/ECF

system which will automatically send email notification of such filing to the

following counsel of record:

> Amy Larson, Esq.
> Laura Hill, Esq.
> Assistant United States Attorney
> 555 4th Street, NW
> Washington, DC 20530

Dated: This 9th day of March, 2022.

> */s/ Rebecca Shepard*
> Rebecca Shepard
> Attorney for Mr. Simon

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org