UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00346 (BAH) |
| v. : | |
| : | |
| GLEN MITCHELL SIMON, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S SUPPLEMENTAL VIDEO REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and pursuant to the MINUTE ORDER entered on August 3, 2022, hereby files this notice identifying the video evidence upon which the factual statements in the government's Sentencing Memorandum (ECF 59) are based. As directed, this notice does not include videos that have previously been provided to the Court as reflected in ECF 50. For continuity with ECF 50, which provided notice of Exhibits 1 – 7, the videos noticed herein are identified as Exhibits 8 and 9. The government has no objection to the public release of the exhibits.

1. "Figure 7: Simon enters Senate Wing Door at 2:14 p.m." is from closed-circuit video (CCTV) maintained by the United States Capitol Police (USCP) and will be provided to the Court as Exhibit 8.

2. "Figure 9: Simon in the Statutory Hall Connector" is from an open-source video. As of the time of filing the video from which the screenshot for Figure 9 was taken has not been located. However, Exhibit 3 of ECF 50 is video taken from the defendant's phone showing the same scene as Figure 9 but from the defendant's point of view.

1

3. "Figure 12: Simon exiting the Capitol" is from USCP CCTV and will be provide to the Court as Exhibit 9.

4. "Figure 14: Simon makes eye-contact with individual upon entering Capitol" is from USCP CCTV and will be provide to the Court as Exhibit 8.

5. "Figure 15: Simon beckons others" is from USCP CCTV and will be provide to the Court as Exhibit 8.

          Respectfully submitted,

          MATTHEW M. GRAVES
          UNITED STATES ATTORNEY
          D.C. Bar No. 481052

By:    */s/ Barry K. Disney*
       Barry K. Disney
       KS Bar No. 13284
       Assistant United States Attorney – Detailee
       U.S. Attorney's Office for the District of Columbia
       601 D Street, N.W.
       Washington, D.C. 20530
       Email:  Barry.Disney@usdoj.gov
       Cell:  (202) 924-4861