IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.          ) | CRIMINAL CASE NO. |
| ) | 1:21-CR-00346-BAH-1 |
| GLEN MITCHELL SIMON    ) | |

DEFENDANT'S RESPONSE TO THE COURT'S ORDER REGARDING THE PUBLIC RELEASE OF VIDEO EVIDENCE

COMES NOW the Defendant, GLEN MITCHELL SIMON, by and through undersigned counsel and files this report as directed by the Court. On August 3, 2022, the Court entered a minute order directing the government to identify and make available to the Court any video evidence that was used as a basis for factual statements in the government's sentencing memorandum and state its position regarding whether such video may be made publicly available without restriction, by 4 p.m. August 4, 2022. The Court ordered Mr. Simon to file a notice of his position on the release of the video by 12 p.m. on August 5.

The government has filed its response and does not object to the video evidence being made publicly available. (Doc. 61). Mr. Simon had not received the video evidence at issue by August 5, and so counsel preserved an objection to the public release of the video evidence. (Doc. 62). On August 8, the Court ordered Mr. Simon to file a notice as to his position by 12 p.m. on August 9.

1

Counsel has now received the video evidence at issue and reviewed it. The evidence includes two clips of video recorded from surveillance cameras inside the U.S. Capitol, at least one of which was a video feed maintained by the U.S. Capitol Police. It is counsel's understanding that these videos have already been made publicly available. As such, any privacy interests Mr. Simon may have had, have already been obviated. For that reason, Mr. Simon withdraws the objection stated in his filing on August 5. (Doc. 62).

Dated: This 9th day of August, 2022.

Respectfully Submitted,

*/s/ Rebecca Shepard*
Rebecca Shepard
Georgia Bar No. 780692
Attorney for Glen Simon

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Rebecca_Shepard@fd.org